UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID MARASCO,

                        Plaintiff,

  -against-

BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE
FIRESTONE, INC. LONG TERM DISABILITY PLAN,
and PLAN ADMINISTRATOR FOR THE BRIDGESTONE
FIRESTONE, INC. LONG TERM DISABILITY PLAN,

                        Defendants.
----------------------------------------------------------------X

JUDGMENT
02-CV- 6257 (DLI)

       A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on February 15, 2006, denying defendants' motion for summary judgment; granting plaintiff's motion for summary judgment; remanding the case to the Pension Board for reconsideration concordant with ERISA requirements, as discussed in the Court's decision; ordering that this action is stayed, pending the outcome of the remand; and granting plaintiff's request for reasonable attorney's fees and costs; it is

       ORDERED and ADJUDGED that defendants' motion for summary judgment is denied; that plaintiff's motion for summary judgment is granted; that the case is remanded to the Pension Board for reconsideration concordant with ERISA requirements, as discussed in the Court's decision; that pending the outcome, this action is stayed; and that plaintiff's request for attorney's fees and costs are granted.

Dated: Brooklyn, New York
       February 28, 2006

                                                                  ROBERT C. HEINEMANN
                                                                  Clerk of Court